**Abatement Order Withdrawn; Reinstated; Order filed February 3, 2015.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00568-CR

_____

**MARCUS BROOKS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 230th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1408106**

---

## ORDER

Appellant is represented by appointed counsel, **Kurt B. Wentz.** Appellant's brief was originally due September 22, 2014**.** We granted a total of 90 days extension of time to file appellant's brief until December 22, 2014. When we granted the extension, we noted that no further extensions would be granted absent exceptional circumstances. No brief was filed. On December 30, 2014, counsel and the trial court were notified that no brief had been filed. When no response was

filed, on January 22, 2015, this court abated the appeal and directed the trial court to conduct a hearing to determine the reason for the failure to file a brief.

On January 29, 2015, counsel filed a further request for extension of time to file appellant's brief. Counsel alleged exceptional circumstances in the request. Accordingly, we issue the following order:

We **WITHDRAW** the request in the January 22, 2015, abatement order for the trial court to conduct a hearing, and we order the appeal **REINSTATED.** We also **GRANT** counsel's request for an extension. We further order **Kurt B. Wentz** to file a brief with the clerk of this Court on or before **March 3, 2015.** If counsel does not timely file appellant's brief as ordered, the Court will issue an order abating the appeal and directing the trial court to conduct a hearing to determine (1) the reason for the failure to file the brief; and (2) the consideration of sanctions, appointment of new counsel, or other appropriate relief.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Boyce and McCally.